# IN THE SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 17-11460-JKO13

## ELVIN I LEWIS II

## <u>MOTION TO EXTEND TIME TO SUBMIT DOCUMENTS</u>

I, the PRO SE debtor, ELVIN LEWIS, move the court with this request for an extension of time for compliance and to submit the requested documents in the above entitled case. The movant states the following to wit;

The due date of FEBRUARY 21, 2017 is difficult if not impossible to comply with due to the amounts in arrears have not been forwarded by the creditors. Additionally, I have retained counsel to assist with the schedule filings to ensure accuracy.

I will submit all required documents by MONDAY FEBRUARY 27TH, 2017 and amend as necessary.

WHEREFORE the Movant requests an Order granting the extension of time for compliance by

MONDAY FEBRUARY 27TH, 2017.

Thank You

ELVIN I LEWIS II

96

FLP 17FEB22AM08:59USBCSDF-FTL